UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Swissmarine Services, SA,<br><br>　　Plaintiff,<br><br>vs.<br><br>XCoal Energy and Resources,<br><br>　　Defendant,<br><br>and<br><br>PNC Bank, National Association,<br><br>Glencore Ltd.<br><br>　　Garnishees. | CIVIL ACTION 1:19cv01143<br><br>IN ADMIRALTY, Rule 9(h) |

**ORDER**

BE IT REMEMBERED on this the _____ day of November, 2019, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by J. Stephen Simms ("Applicant"), counsel for Swissmarine Services, SA and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Swissmarine Services, SA in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

- 2 -

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

Signed at Austin this ___ day of November 2019.

**SO ORDERED:**

_____
UNITED STATES DISTRICT / MAGISTRATE JUDGE